**SOUTHEASTERN HOSPITAL CORP. v. CLIFTON & SINGER**

[335 N.C. 764 (1994)]

SOUTHEASTERN HOSPITAL SUPPLY CORPORATION v. CLIFTON & SINGER, PARTNERSHIP, AND BENJAMIN CLIFTON, JR.

No. 290A93

(Filed 4 March 1994)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 110 N.C. App. 652, 430 S.E.2d 470 (1993), reversing the judgment entered by Johnson (E. Lynn), J., on 12 December 1991, in Superior Court, Cumberland County. Heard in the Supreme Court 3 February 1994.

*Senter, Hockman & Koenig, by William L. Senter, for plaintiff-appellee.*

*Bailey & Dixon, by Gary S. Parsons and Renee C. Riggsbee, for defendant-appellants.*

PER CURIAM.

The decision of the Court of Appeals is affirmed.

AFFIRMED.